UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE RICHARDSON, <br><br>                Plaintiff, <br><br> -against- <br><br> THE STATE OF NEW YORK; THE DEPARTMENT OF CORRECTION, <br><br>                Defendants. | 1:21-CV-4174 (LTS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued August 20, 2021, dismissing the complaint for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 20, 2021
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge